1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE
9

10   UNITED STATES OF AMERICA,          )
                                        )
11               Plaintiff,             )          CASE NO.     CR04-559 JLR
                                        )
12         v.                           )
                                        )
13                                      )          DETENTION ORDER
     KIRANDEEP BOPARAI,                 )
14                                      )
                 Defendant.             )
15   _____)

16   Offense charged:        Violation on Bond

17   Original charge:        Unlawful Importation of Marijuana, in violation of Title 21, U.S.C. 952(a)

18                           and 960(b)(3).

19   Date of Detention Hearing:        May 12, 2005.

20         The Government was represented by Susan Dohrman.  The defendant was represented by

21   Brian Tsuchida.

22         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

23         (1)      The defendant violated the provisions set forth in his appearance bond, and has

24                  admitted to said violations.

25         Based upon the foregoing information  which is consistent with the recommendation of

26   U.S. Pre-trial Services, it appears that there is no condition or combination of

DETENTION ORDER
PAGE -1-

conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(1)      The appearance bond is hereby revoked.

(2)      The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of May, 2005.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-